**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1114**

JAMES LAMAR FRASIER,

            Plaintiff - Appellant,

      v.

CAROLINA CENTER FOR OCCUPATIONAL HEALTH,

            Defendant – Appellee,

      and

COUNTY OF CHARLESTON; CHARLESTON COUNTY SHERIFF'S OFFICE; AL
CANNON, JR., in his official capacity as Sheriff of Charleston
County; CHARLESTON COUNTY DETENTION CENTER; MITCH LUCAS, in
his official capacity as Administrator of the Charleston
County Detention Center; CORIZON HEALTH, INCORPORATED, f/k/a
Prison Health Services, Incorporated; JOHN DOE 1; JOHN DOE 2;
JOHN DOE 3; JOHN DOE 4; JOHN DOE 5,

            Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  David C. Norton, District Judge.
(4:11-cv-03431-DCN)

Submitted:  January 19, 2017        Decided:  February 24, 2017

Before THACKER and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian C. Duffy, Thomas A. Limehouse, Jr., DUFFY & YOUNG, LLC, Charleston, South Carolina, for Appellant.  Stephen L. Brown, Russell G. Hines, YOUNG CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lamar Frasier appeals the district court's order denying his renewed motion for judgment as a matter of law and motion for a new trial, following the jury verdict in favor of Carolina Center for Occupational Health, LLC, in Frasier's medical malpractice action. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Frasier v. Carolina Center for Occupational Health, LLC, No. 4:11-cv-03431-DCN (D.S.C. Jan. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED